```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MASOUME TABATABAI,

                Plaintiff,

          -v-

NEW YORK CITY DEPARTMENT OF EDUCATION, *et al.*,

                Defendants.

**ORDER**

23-CV-5501 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By an Order of Reference dated September 20, 2024, this case was referred to me for settlement. I am advised that the parties wish to hold a settlement conference before expert discovery. The parties are directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo and to contact Chambers at RicardoNYSDChambers@nysd.uscourts.gov, copying all counsel or the pro se litigant if they are unrepresented, to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

Dated: September 23, 2024
       New York, New York

_____
Hon. Henry J. Ricardo
United States Magistrate Judge