UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MASOUME TABATABAI,

               Plaintiff,

      v.

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

               Defendants.

23-CV-5501 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

Due to a conflict in the Court's calendar, the conference scheduled for **December 17, 2024, at 11:00 a.m. ET is RESCHEDULED to December 17, 2024, at 10:30 a.m. ET**.  The conference will be held over Microsoft Teams.  The parties shall join by calling (646) 453-4442 and entering the Conference ID: 730 992 728, followed by the pound (#) sign.

SO ORDERED.

Dated: October 7, 2024
       New York, New York

                                      DALE E. HO
                              United States District Judge